# The Supreme Court of Ohio



FILED
DEC 19 2019
CLERK OF COURT
SUPREME COURT OF OHIO

To wit: December 19, 2019

Case No. 2019-1757

SUMMONS

The following has been named as respondent in the enclosed action:

Northern Distrtict Court of Ohio
Office of the Clerk
U.S. Magistrate Judge
Jonathan D. Greenberg
801 West Superior Avenue
Cleveland, Ohio 44113-1830

    You are hereby notified that a complaint for a writ of mandamus has been filed against you in the SUPREME COURT OF OHIO, 65 South Front Street, Columbus, Ohio 43215-3431, by Robert Curtiss Walker, P.O. Box 1812, Marion, Ohio 43302.

    Furthermore, you are hereby served with a copy of the complaint (enclosed) and are required to file an answer to the complaint or a motion to dismiss on or before the 21st day after service of this summons, unless otherwise ordered by the court. See S.Ct.Prac.R. 12.04.

    If you fail to respond timely to the complaint, this action will proceed before the Court.

    IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of the Supreme Court, this December 19, 2019.

_____SANDRA H. GROSKO_____CLERK

_____DEPUTY

IN THE SUPREME COURT OF OHIO

Robert Curtiss Walker
Auth. Rep on behalf of
EX REL ROBERT CURTISS WALKER, ENS LEGIS
P.O. Box 1812
Marion, Ohio 43302

    Relator

vs.

NORTHERN DISTRICT COURT OF OHIO
OFFICE OF THE CLERK
U.S. MAGISTRATE JUDGE
Jonathan D. Greenberg
801 WEST SUPERIOR AVENUE
CLEVELAND, OHIO 44113-1830

    Respondent

Case No. 19-1757

Original Action Mandamus

COMPLAINT FOR WRIT OF MANDAMUS

**SPECIFIC FACTS:** Relator filed A Civil Action with request for Injunction siting violation of 23 Ohio Jurisprudence 3d 1; 45 AM. Jurisprudence 2d; Beers v. Haughton, 34 U.S. 329 and Etc. Attached Affidavit of Public Policy HJR-192, siting its against Public Policy to pay debts, (Filing Fee). In return, Respondent (U.S. MAGISTRATE JUDGE) filed a ORDER demanding the full filing fee be paid within 30 days of the date of this Order; (Case No. 1:19CV2559). Failure to pay in full and on time will result in dismissal of this Action. Or I must submitt a Financial Statement Etc. to proceed "In Forma Pauperis". This is a Feudal Law-fee burdended privilege. The said restrictions, that Respondent are imposing, are Unconstitutional, and Arbitrarily hinders "Due Process". Respondents order violates "U.S. Constitution Article 1, Section X; Amendment IX; Article 1, Section 16" "All courts shall be open, and Every person, for An injury done to him in his person property or reputation shall have remedy by due course of Law, And right and Justice Administered Without Sale, denial or delay." This is my Secured Right to Due Process. Therefore,

-1-2




I submitted to Respondent "Affidavit of Financial Statement with Writ In Forma Pauperis"; being An Enjoyment and Exercise of my unconditional and Constitutional-Secured Rights, to timely and speedily Enforce Due Process of Law. I Am to have free Access to the Court by Secured Right. U.S. Constitution Article 1, Section X "No state shall enter into Any treaty, Alliance, or Confederation: **grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin A tender in payment of debts.** December 8, 2019 is final order date.

**RELIEF SOUGHT:** Relator ask this Honorable Court to Grant the "Affidavit of Financial Statement and Writ In Forma Pauperis!" To Order the Respondent to allow and honor said documents, along with all other relief deemed appropriate by this Court.

Respectfully Submitted,

*Robert Curtiss Walker*
Robert Curtiss Walker #591-286
Auth. Rep on behalf of
EX REL ROBERT CURTISS WALKER,
ENS legis
P.O. Box 1812
Marion, Ohio 43302

### CERTIFICATE OF SERVICE

A copy of the foregoing was mailed postage prepaid to Respondent(s) 801 West Superior Avenue, Cleveland, Ohio 44113, this ___16___ day of _December_, 2019.

*Robert Curtiss Walker*
Robert Curtiss Walker #591-286

-2-

IN THE SUPREME COURT OF OHIO

| | |
|---|---|
| Robert Curtiss Walker<br>Auth. Rep on behalf<br>EX REL ROBERT CURTISS WALKER, ENS LEGIS<br>P.O. Box 1812<br>Marion, Ohio 43302<br><br>    Relator<br><br>  vs.<br><br>NORTHERN DISTRICT OF OHIO<br>OFFICE OF THE CLERK<br>U.S. MAGISTRATE JUDGE<br>Jonathan D. Greenberg<br>801 WEST SUPERIOR AVENUE<br>CLEVELAND, OHIO 44113-1830<br><br>    Respondent | Case No.<br><br><br>Sworn Affidavit Of All Civil Actions Filed In The Last Five Years |

IN THE STATE OF OHIO  )
COUNTY OF MARION     ) SS:

    Now comes the Affiant-Robert Curtiss Walker being first duly sworn and warned of the penalties of perjury and state the following is true and accurate to the best of his knowledge and understanding:

1. I filed a Civil Law Suite because of fraud for lack of full discloser of the true nature and cause of action. Robert C. Walker vs. Judge Nancy A. Fuerst, Cuyahoga County Prosecutor's Office, George George, Case No. 1:19CV2559, U.S. District Court, for Northern District of Ohio. This case is currently pending and has not been dismissed as frivolous or malicious.

I further sayeth naught.

*Robert Curtiss Walker*
Robert Curtiss Walker-Affiant
#591-286

NOTARY PUBLIC

    Sworn to and subscribed before me in my presence this 13th day of December, 2019.

*Randall K. Shears*
Notary Public
Randall K. Shears
EXP July 6, 2023

RECEIVED
DEC 18 2019
CLERK OF COURT
SUPREME COURT OF OHIO

## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR WRIT OF MANDAMUS

IN THE STATE OF OHIO )
COUNTY OF MARION ) SS:

Now comes the Affiant-Robert Curtiss Walker being first duly sworn and warned of the penalties of perjury and state the following is true and accurate to the best of his knowledge and understanding of the UNITED STATES CONSTITUTION.

THE NORTHERN DISTRICT COURT OF OHIO is in violation of the U.S. Constitution Article 1, Section X; Amendment IX; Article 1, Section 16 "**All Courts shall be open**, to every person, for an injury done to him in his person, property or reputation, shall have remedy by due course of Law, and right and Justice Administered **Without Sale, denial or delay**."

To pay a filing fee of any amount is A **Feudal Law-fee burdended privilege**. Said restrictions are Unconstitutional, and Arbitrarily hinders "Due Process". To Proceed "In Forma Pauperis" is my secured right to Due Process, being an Enjoyment And Exercise of my unconditional and Constitutional-Secured Right. **Affiant I myself and we the people are to have free Access to the Court by Secured Right, under the U.S. Constitution Article 1, Section X** "No state shall enter into any treaty, Alliance, or Confederation: **grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin A tender in payments of debts**. I the Affiant Robert Curtiss Walker under duress submitted, signed and filed A Financial Statement ETC to District Court so I the Affiant would not be Time barred.

**Relief Sought:** Affiant ask this Honorable Court to Grant Free Access to the District Court without Order of Fee's to proceed "In Forma Pauperis" without delay of Due Process.

I further sayeth naught.

_Robert Curtiss Walker_
Robert Curtiss Walker #591-286

### NOTARY PUBLIC

Sworn to and subscribed before me in my presence this 13th day of December 2019.

_Randall K. Shears_
Notary Public
Randall K. Shears
Exp: July 6, 2023

/-/

**The Supreme Court of Ohio**

65 SOUTH FRONT STREET, COLUMBUS, OHIO 43215-3431

CLERK OF THE COURT

CERTIFIED MAIL



9414 7266 9904 2102 3475 07

RETURN RECEIPT REQUESTED

neopost
12/20/2019
US POSTAGE $006.95



ZIP 43215
041M12251087

FIRST-CLASS MAIL

Northern Distrtict Court of Ohio
Office of the Clerk
U.S. Magistrate Judge
Jonathan D. Greenberg
801 West Superior Avenue
Cleveland, OH 44113-1830



Thank you for using Return Receipt Service

DEC 2 3 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Thank you for using Return Receipt Service



Cat03,Greenberg,LC2,PSLC SD,Termed

## U.S. District Court
## Northern District of Ohio (Cleveland)
## CIVIL DOCKET FOR CASE #: 1:19-cv-02559-SO
## Internal Use Only

Walker v. Fuerst et al  
Assigned to: Judge Solomon Oliver, Jr  
Demand: $9,999,000  
Case in other court: Ohio Southern, 2:19-cv-04770  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/31/2019  
Date Terminated: 12/10/2019  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

Robert C. Walker      represented by    Robert C. Walker  
591286  
NORTH CENTRAL CORRECTIONAL INSTITUTION  
P.O. Box 1812  
Marion, OH 43302  
Email:  
PRO SE

V.

**Defendant**

**Nancy A. Fuerst**  
*Administrative Judge*

**Defendant**

**Kevin Filiatraut**  
*Cuyahoga County Prosecutor*

**Defendant**

**George George**  
*Public Defender, Cuyahoga County*

[Email All Attorneys]  
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2019 | 1 | COMPLAINT against Kevin Filiatraut, Nancy A. Fuerst, George George, filed by Robert C. Walker. (mdr) [Transferred from ohsd on 10/31/2019.] (Entered: 10/30/2019) |
| 10/29/2019 | 2 | AFFIDAVIT by Plaintiff Robert C. Walker. (mdr) [Transferred from ohsd |

| | | |
|---|---|---|
| | | on 10/31/2019.] (Entered: 10/30/2019) |
| 10/31/2019 | 3 | ORDER - The Clerk is DIRECTED TO TRANSFER this case to the United States District Court for the Northern District of Ohio Eastern Division at Cleveland, which serves Cuyahoga County. Signed by Magistrate Judge Elizabeth Preston Deavers on October 31, 2019. (jlk) (This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.) [Transferred from ohsd on 10/31/2019.] (Entered: 10/31/2019) |
| 10/31/2019 | | Case transferred to District of Northern District of Ohio Eastern Division at Cleveland.Case file and docket sheet sent Electronically. (jlk) [Transferred from ohsd on 10/31/2019.] (Entered: 10/31/2019) |
| 10/31/2019 | 🔒 4 | CASE TRANSFERRED IN from District of Ohio Southern. Case number 2:19-cv-04770. Electronic file, transfer order and docket sheet received. (Entered: 10/31/2019) |
| 10/31/2019 | | Judge Solomon Oliver, Jr assigned to case. (T,Je) (Entered: 10/31/2019) |
| 10/31/2019 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge Jonathan D. Greenberg. (T,Je) (Entered: 10/31/2019) |
| 10/31/2019 | 🔒 | (Court only) File forwarded to Staff Attorney Sandra Denman. (T,Je) (Entered: 10/31/2019) |
| 10/31/2019 | | Copy of docket sheet mailed to Robert C. Walker, 591286, at NORTH CENTRAL CORRECTIONAL INSTITUTION P.O. Box 1812 Marion, OH 43302 on 10/31/2019. (T,Je) (Entered: 10/31/2019) |
| 11/04/2019 | 🔒 | (Court only) Utility event editing case flags. LC2 flag added. (EEP) (Entered: 11/04/2019) |
| 11/08/2019 | 5 | **Order.** Plaintiff is ordered to pay the full filing fee of $400.00 within 30 days of the date of this Order. If Plaintiff does not have the funds in his prisoner account to pay the full filing fee, he is ordered to complete and submit the entire Financial Application accompanying this Order, including a certified account statement from the correctional institution, within 30 days of the date of this Order. Signed by Magistrate Judge Jonathan D. Greenberg on 11/8/2019. (Related document 2 ) (Attachments: # 1 Financial Application) (S,S) (Entered: 11/08/2019) |
| 11/08/2019 | | Copy of 5 Order mailed to Robert C. Walker, 591286, North Central Correctional Institution, P.O. Box 1812, Marion, OH 43302 on 11/8/2019. (S,S) (Entered: 11/08/2019) |
| 12/06/2019 | 6 | Affidavit of Financial Statement writ in forma pauperis filed by Robert C. Walker. Related document(s) 5 . (Attachments: # 1 Envelope)(S,AN) (Entered: 12/06/2019) |
| 12/06/2019 | 7 | Summons filed by Plaintiff Robert C. Walker. Related document(s) 1 . (Attachments: # 1 Envelope)(J,FE) (Entered: 12/06/2019) |
| | | |

| 12/09/2019 | 🔒 | (Court only) Staff attorney review complete and file has been forwarded to chambers. (W,Jo) (Entered: 12/10/2019) |
|---|---|---|
| 12/10/2019 | 8 | **Memorandum Opinion and Order.** This case is hereby dismissed without prejudice. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith. Signed by Judge Solomon Oliver, Jr. on 12/09/2019. (R,Sh) (Entered: 12/10/2019) |
| 12/10/2019 | 9 | **Judgment Entry.** For the reasons contained in the court's Memorandum Opinion and Order filed on this same date, this case is dismissed. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith. Related document 8. Signed by Judge Solomon Oliver, Jr. on 12/9/2019. (R,Sh) (Entered: 12/10/2019) |
| 12/10/2019 |  | Copy of 9 Judgment, 8 Memorandum Opinion and Order, mailed to Robert C. Walker 591286 NORTH CENTRAL CORRECTIONAL INSTITUTION P.O. Box 1812 Marion, OH 43302 on 12/10/2019. Related document(s) 9, 8. (R,Sh) (Entered: 12/10/2019) |
| 12/12/2019 | 10 | Affidavit of Prisoner filed by Plaintiff Robert C. Walker. (Attachments: # 1 Inmate Demand Statement, # 2 Envelope) (J,G) (Entered: 12/13/2019) |